PHILLIP A. TALBERT
Acting United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**SEALED**

**FILED**
SEP - 2 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES FOR AUTHORIZATION TO TRACK A 2016 CADILLAC SUV, LIC PLATE #7SJG945, VIN #3GYFNEE33GS577629 | CASE NO. 2:16-SW-00432 CKD<br><br>ORDER DELAYING NOTICE AND PROPOSED ORDER<br><br>**FILED UNDER SEAL** |

## ORDER

The Court has reviewed the United States' Ex Parte Motion for Order Delaying Notice. Accordingly, it is hereby ORDERED that, pursuant to 18 U.S.C. § 3103a(c) and Federal Rule of Criminal Procedure 41(f)(3), service of notice be delayed for an additional period of forty-two days after the termination of the previous delay-of-notice period. The new notice date shall therefore be: November 16, 2016.

IT IS FURTHER ORDERED that the Ex Parte Motion for Order Delaying Notice and this Order shall be filed under seal until further order of this Court, except that working copies may be served on DEA agents, federally deputized state and local law enforcement officers, and other government and contract personnel acting under the supervision of such investigative or law enforcement officers, as necessary to effectuate the Court's Order.

//

//

1  **IT IS SO ORDERED.**

2  DATED: September 2, 2016

4  _____
5  Hon. DEBORAH BARNES
   UNITED STATES MAGISTRATE JUDGE