1  PHILLIP A. TALBERT
   Acting United States Attorney
2  ROGER YANG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

**FILED**

**OCT 06 2016**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR TRACKER WARRANTS CONCERNING:<br><br>A 2006 KIA minivan, CA Lic No. 6LZE347;<br>A 2016 Cadillac SUV, CA Lic. No. 7SJG945; and<br>A 2016 Cadillac SUV, CA Lic. No. 7SJG945 | 2:16-SW-0432 CKD<br>2:16-SW-0433 CKD<br>2:16-SW-0530 DB<br><br>[PROPOSED] ORDER TO UNSEAL TRACKER WARRANTS AND TRACKER WARRANT AFFIDAVITS |
|---|---|

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: __10/6/16__                      _____
                                         The Honorable Allison Claire
                                         UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS